NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | |
|---|---|
| In the Interest of A.S., a child. | ) |
| _____ | ) |
| | ) |
| GUARDIAN AD LITEM PROGRAM, | ) |
| | ) |
| Appellant, | ) |
| | ) |
| v. | ) Case No. 2D18-2625 |
| | ) |
| A.S. and R.S.; and DEPARTMENT OF CHILDREN AND FAMILIES, | ) |
| | ) |
| Appellees. | ) |
| _____ | ) |

Opinion filed November 21, 2018.

Appeal from the Circuit Court for Lee
County; Amy R. Hawthorne, Judge.

Sara Elizabeth Goldfarb, Tallahassee,
for Appellant.

Ryan Thomas Truskoski of Ryan
Thomas Truskoski, P.A., Orlando, for
Appellee A.S.

Toni A. Butler of Alderuccio & Butler,
LLC, Naples, for Appellee R.S.

Meredith K. Hall, Bradenton, for
Appellee Department of Children and
Families.

PER CURIAM.

Affirmed.

KELLY, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.